UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
CHRISTOPHER E. BROWN,                                :
*an individual*,                                                          :
                                                                                  :
                    Plaintiff,                                           :
vs.                                                                            :
                                                                                  :     **Index No.  16-cv-2276 (ARR) (JO)**
WINDSOR PARK ASSOCIATES LLC,           :
*a New York Limited Liability Company,*                :
                                                                                  :
                    Defendant.                                         :
----------------------------------------------------------------x

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties to this action have reached an agreement regarding all substantive issues in dispute. The parties are currently reducing their agreement to writing. The parties anticipate filing a dismissal within ten (10) days once all parties execute the agreement. The parties further request that the Court adjourn all upcoming hearings and deadlines.

Dated: October 3, 2016

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/Olivia D. Rosario* | */s/Joanna M. Topping* |
| Olivia D. Rosario, Esq. | Joanna M. Topping, Esq. |
| Law Office of Olivia D. Rosario | Wilson, Elser, Moskowitz, |
| 31-19 Newtown Avenue, Suite 901 | Edelman & Dicker, LLP |
| Long Island City, New York 11102 | 1133 Westchester Avenue |
| Tel: (212) 349-1836 | White Plains, New York 10604 |
| Fax: (212) 349-9149 | Tel: (914) 323-7000 |
| rosarioesq@gmail.com | Fax: (914) 323-7001 |
|  | joanna.topping@wilsonelser.com |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Joanna M. Topping, Esq.
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
1133 Westchester Avenue
White Plains, New York 10604

                                            */s/Olivia D. Rosario*
                                            Olivia D. Rosario, Esq.